WILLIAM M. HOES, Public Administrator, etc., as Administrator of OWEN HAGEN, Deceased, Respondent, *v.* OCEAN STEAMSHIP COMPANY OF SAVANNAH, Appellant, Impleaded with Another.

*Hoes* v. *Ocean Steamship Co.*, 56 App. Div. 259, affirmed.
(Argued February 18, 1902; decided March 4, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 24, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Herbert Barry* and *Julien T. Davies* for appellant.

*Franklin Pierce* and *Frank W. Arnold* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

LUCIE E. EVERDELL et al., Appellants, *v.* ELIZABETH HILL et al., as Executors and Trustees under the Will of MARY L. EVERDELL, Deceased, et al., Respondents, Impleaded with Others.

*Everdell* v. *Hill*, 58 App. Div. 151, appeal dismissed.
(Argued March 3, 1902; decided March 4, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 6, 1901, which reversed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and an order denying a motion for a new trial and granted a new trial.

*Jacob S. Van Wyck* for appellants.

*Jacob F. Miller* and *Cyrus C. Miller* for respondents.

Appeal dismissed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.